# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Christopher W Bulla

           Debtor(s)

Case No. 15-30353

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/03/2015.

2) The plan was confirmed on 11/06/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/26/2019.

5) The case was converted on 03/26/2019.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,080.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $43,709.97 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$43,709.97** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,253.31 | |
| Other | $363.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$6,616.31** |

Attorney fees paid and disclosed by debtor:      $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 466.85 | 323.19 | 323.19 | 125.44 | 0.00 |
| ALLY FINANCIAL | Secured | 10,356.65 | 10,356.65 | 10,356.65 | 8,701.38 | 826.02 |
| BECKET & LEE LLP | Unsecured | 1,110.00 | 1,110.75 | 1,110.75 | 466.89 | 0.00 |
| BECKET & LEE LLP | Unsecured | 283.00 | 318.95 | 318.95 | 123.80 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 20,939.19 | 20,939.19 | 20,939.19 | 17,534.48 | 1,678.95 |
| CAPITAL ONE BANK USA | Unsecured | 3,420.00 | 3,420.76 | 3,420.76 | 1,437.87 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 393.00 | 393.55 | 393.55 | 152.76 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 146.03 | 146.03 | 47.99 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,000.00 | 340.74 | 340.74 | 340.74 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 274.00 | 274.43 | 274.43 | 106.52 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 637.00 | 637.84 | 637.84 | 268.10 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 3,233.00 | 3,233.77 | 3,233.77 | 1,359.28 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 377.00 | 412.83 | 412.83 | 160.24 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 0.00 | 5,219.76 | 5,219.76 | 2,194.06 | 0.00 |
| PORANIA LLC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,188.00 | 2,188.35 | 2,188.35 | 919.85 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 483.00 | 483.09 | 483.09 | 203.06 | 0.00 |
| CREDIT COLLECTIONS SVC/PROGRE | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PSYCHOLOGICAL ASSOC L | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HEALTH VENTURES | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| EDWARDS HOSPITAL | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| HANGER ORTHOPEDIC GROUP INC | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| JUNIPER CARD SERVICES | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ATG CREDIT/NAPERVILLE RADIOLO | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| SIGMA HEALTH | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD | Unsecured | 1,290.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| LABCORP | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE PUBLIC LIBRARY | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOGIST | Unsecured | 465.13 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT/DUPAGE MED | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL CREDIT SERVICES | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL SMART | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE UNIVERSAL INSURAN | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES PERFORMANCE/DISH | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| SCOTTS LAWN SERVICE | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| THOMAS WEIGEL MD SC | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| UNION PLUS CREDIT CARD | Unsecured | 5,219.76 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA | Unsecured | 1,061.00 | 1,061.59 | 1,061.59 | 446.23 | 0.00 |
| TINA HARING | Priority | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $31,295.84 | $26,235.86 | $2,504.97 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$31,295.84** | **$26,235.86** | **$2,504.97** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $340.74 | $340.74 | $0.00 |
| **TOTAL PRIORITY:** | **$340.74** | **$340.74** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,224.89** | **$8,012.09** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

**Disbursements:**

|  |  |
|---|---|
| Expenses of Administration | $6,616.31 |
| Disbursements to Creditors | $37,093.66 |
| **TOTAL DISBURSEMENTS** : | **$43,709.97** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/29/2019                          By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**