IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re: Christopher W Bulla** | ) | 15 B 30353 |
| | ) | |
| | ) | |
| Debtor(s) | ) | **Judge Janet S Baer** |

*NOTICE OF WITHDRAWAL OF CHAPTER 13 FINAL REPORT AND ACCOUNT*

Christopher W Bulla
11303 Woodside Dr
Demotte IN 46310

Zalutsky & Pinski
111 W Washington St #1550
Chicago IL 60602

Please take notice that Docket #56 Chapter 13 Final Report and Account has been withdrawn.

I certify that this office caused a copy of this notice to be delivered to the debtor's attorney electronically via the Court's CM/ECF system on April 3, 2019.

/S/_____
Louise Karmia
For Glenn Stearns, Trustee

Glenn Stearns, Trustee
801 Warrenville Road Suite 650
Lisle, IL 60532
630-981-3888